**Myron Herbert HASE, Sr., Plaintiff-Respondent,**

v.

**Margaret Lucy HASE, Respondent-Appellant.**

**No. 51554.**

Missouri Court of Appeals, Eastern District, Division Five.

July 28, 1987.

Rehearing Denied Aug. 27, 1987.

Richard K. Zerr and Ronald R. Fralicx, St. Charles, for respondent-appellant.

James E. Carmichael, St. Charles, for plaintiff-respondent.

### ORDER

PER CURIAM.

Defendant appeals from a dissolution of marriage judgment contesting the division of marital property, the maintenance in gross award, the award of attorney's fees and the failure to order plaintiff to maintain defendant's health insurance. The judgment is supported by substantial evidence and is not against the weight of the evidence. An opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).